# Court of Appeals
# of the State of Georgia

ATLANTA,  December 27, 2018

*The Court of Appeals hereby passes the following order:*

## A19D0231.  WILLIE MAYS v. THE STATE.

In 2015, Willie Mays pled guilty to theft by taking.  In 2018, Mays appealed from the trial court's denials of his motion to set aside a void judgment and his extraordinary motion for new trial. Both appeals were dismissed. See Case No. A18A1715 (June 7, 2018); Case No. A18A1716 (June 7, 2018).  In the meantime, however, Mays filed a motion for an out-of-time appeal.  On June 22, 2018, the trial court dismissed his motion on the basis that the case was still pending on appeal and that remittitur had not yet been returned.[1]  Mays filed a direct appeal in Case No. A19A0649.  He also filed this application on November 30, 2018.  We, however, lack jurisdiction.

The denial of a motion for an out-of-time appeal is directly appealable when the criminal conviction at issue has not been the subject of direct appeal.  *English v. State*, 307 Ga. App. 544, 545 n.4 (705 SE2d 667) (2010).  Ordinarily, we will grant an otherwise timely application for discretionary appeal if the lower court's order is subject to direct appeal.  See OCGA § 5-6-35 (j).  To fall within this general rule, however, the application must be filed within 30 days of entry of the order to be appealed.  See OCGA § 5-6-35 (d), (j).  Here, Mays filed his application 161 days after the entry of the order he seeks to appeal.

---

[1] Mays also filed a motion to withdraw his guilty plea, which the trial court also dismissed because remittitur had not yet been returned on his prior appeals.  This Court dismissed the direct appeal and application stemming from that order.  See Case No. A19A0650 (December 10, 2018); Case No. A19D0192 (December 10, 2018)

Additionally, this Court already docketed a direct appeal from the dismissal of his motion of an out-of-time appeal in Case No. A19A0649.  We dismissed the appeal because Mays failed to file an appellate brief.  See Case No. A19A0649 (December 19, 2018).

Accordingly, because Mays failed to file his application within 30 days after the entry of the order he seeks to appeal, his application is hereby DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  12/27/2018*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



*, Clerk.*